# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MAITAI FELICITY GARCIA,**

    Plaintiff,

v.                                                                                                         No. 16-cv-1391 SMV

**NANCY A. BERRYHILL,**[1]
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand for Rehearing, with Supporting Memorandum [Doc. 20], by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

                                                                                       _____
                                                                                       **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**
                                                                                       **Presiding by Consent**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).